**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TERRY FISH,**

    **Plaintiff,**

**v.**         **Case No.  8:05-cv-2103-T-30MSS**

**OSI FUNDING, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte* upon Plaintiff Terry Fish's Notice of Removal (Dkt. 1-1).  Upon review and consideration of the same, this Court finds that jurisdiction rests solely in state court as no federal question has been presented.[1]  It is therefore ORDERED AND ADJUDGED that this matter be **REMANDED** back to the 6th Judicial Circuit in and for Pasco County, Florida. The Clerk is further directed to forward a certified copy of this Order to that Court..

    **DONE** and **ORDERED** in Tampa, Florida on December 6, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2103 Order Remanding to State Court.frm

---

[1] Plaintiff has admitted in his Notice of Removal that diversity jurisdiction is inapplicable. (Dkt. 1-1 at 2).  This Court agrees.